◆
# Marquiz Law Office
### Professional Corporation
◆

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CECILIA SANCHEZ;<br><br>      Plaintiff,<br><br>      vs.<br><br>THE UNION CENTRAL LIFE INSURANCE<br>COMPANY, a Nebraska corporation; and<br>DOES 1 through 100, inclusive,<br><br>      Defendant. | Case No.: 2:12-cv-01361 -JAD-GWF<br><br>**STIPULATION TO DISMISS<br>WITH PREJUDICE** |

The parties, having settled this matter, hereby stipulate and agree to dismiss the above-referenced matter with prejudice, and for each party to bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED this 17th day of November, 2013.

◆
Marquiz Law Office
Professional Corporation
◆

By: /s/ Craig A. Marquiz, Esq.
   Craig A. Marquiz, Esq.
   3088 Via Flaminia Court
   Henderson, NV 89052
   Attorney for Plaintiff

Brownstein Hyatt
Farber Schreck, LLP

By: /s/ Clark V. Vellis, Esq.
   Clark V. Vellis, Esq.
   100 North City Parkway, Ste. 1600
   Las Vegas, NV 89106-4614
   Attorney for Defendant

## ORDER

IT IS SO ORDERED on this __18__ day of November, 2013.



_____
United States District Judge